[No. 23580-7-III.  Division Three.  February 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MERVIN STANLEY SLOAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03494-1, Michael P. Price, J., entered October 20, 2004. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24212-9-III.  Division Three.  February 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFTON DWAYNE OLIVER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03749-3, Tari S. Eitzen, J., entered May 17, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24227-7-III.  Division Three.  February 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE E. MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 04-1-00022-2, Allen Nielson, J., entered June 9, 2005. *Reversed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Kato, J. Pro Tem.

[No. 24855-1-III.  Division Three.  February 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN D. McBRIDE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-01727-0, Maryann C. Moreno, J., entered November 10, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.